**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------X        Chapter 13
IN RE:

    **Kinan Nimeh**                                                    Case No.:

                               **Debtor(s)**        **CHAPTER 13 PLAN**
---------------------------------------------------------X

1. The future earnings of the debtor(s) are submitted to the supervision and control of the Trustee and the debtor shall pay to the trustee for a total of **60** months, the sum of:

       **$500.00** commencing **July, 2012** through and including **June, 2017 for a period of 60 months;**

2. From the payments so received, the trustee shall make disbursements as follows:

    (a) Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. §507.

        **Administrative Claim Richard L. Stern, PC $2,000.00**
        **NYS Department of Taxation $1,500.00**

    (b) Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

        **The debtor is current with payments to The Villages West Development Corp for the property located at 3 Lorien Place, Melville, NY 11747 and all post petition payments are to be made outside of the plan. The 2007 Land Rover Range Rover with Chase Auto Finance (Account No. 11011309535619) is paid for by the debtor's business and all post petition payments will be made outside of the plan.**

    (c) Subsequent to distribution to secured creditors, dividends to **unsecured creditors** whose claims are duly allowed as follows: **pro rata distribution**. To all timely filed claims.

3. All lease agreements are hereby assumed, unless specifically rejected as follows: **None**

---

4. During the pendency of this case, the debtor(s) will provide the Trustee with signed copies of filed federal and state tax returns for each year no later than April 15th of the year following the tax period. Indicated tax refunds are to be paid to the Trustee upon receipt; however, no later than June 15th of the year in which the tax returns are filed.

Title to the debtor(s) property shall revest in the debtor(s) upon completion of the plan, unless otherwise provided in the Order confirming this plan. Throughout the term of this plan, the debtor(s) will not incur post-petition debt over $1,500.00 without written consent of the Chapter 13 trustee or the Court.

*/s/  Kinan Nimeh*                                                        */s/*
Debtor: Kinan Nimeh                                                   Joint Debtor:

Dated: 6/6/2012                                                              */s/  Peter Corey*
                                                                         Attorney for Debtors: **Peter Corey**