tmd3574/kt
THIS ORDER RELATES TO A
HEARING HELD ON
JANUARY 24, 2013

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X       Chapter 13
IN RE:                                                                            Case No. 812-74011-AST

KINAN NIMEH,
                                                                                       ORDER DISMISSING CASE
                                                                                              WITH COSTS
                      Debtor.
---------------------------------------------------------X

UPON the December 27, 2012 written application of Marianne DeRosa, Chapter 13 Trustee, (the "Trustee") seeking entry of an Order dismissing the instant Chapter 13 case pursuant to 11 U.S.C. §1307(c) and due notice of the aforesaid application having been given to all necessary parties; and

WHEREAS, on January 24, 2013, the Trustee and John Lehr, Esq. for International Asset Advisory, LLC., appeared in support thereof and Peter Corey, Esq. appeared on behalf of the Debtor; and

WHEREAS, the Debtor failed provide to the Trustee and file with the Court copies of verified monthly operating reports each month as required by E.D.N.Y. LBR 2015-1; and

WHEREAS, the Debtor failed to comply with the disclosure requirements of E.D.N.Y. LBR 2003-1(a)(vi) and (b)(i) in that the Debtor did not provide to the Trustee documentation of all post-petition mortgage payments; and

WHEREAS, the Debtor failed to comply with 11 U.S.C. §1325(a)(6) in that the Debtor failed to submit timely Chapter 13 plan payments to the Trustee; and

WHEREAS, each of the foregoing constitutes cause for dismissal of a Chapter 13 case; it is accordingly

ORDERED, that the Chapter 13 Trustee is granted the sum of $350.00 for administrative costs and expenses incurred during the pendency of this case; and it is further

ORDERED, that the instant Chapter 13 case be dismissed pursuant to 11 U.S.C. §1307(c) of the Bankruptcy Code.

**Dated: February 21, 2013**
**Central Islip, New York**

_____
**Alan S. Trust**
**United States Bankruptcy Judge**